UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
FERNANDO CAMANO, HUGO S. RAMIREZS, and JOSE ANGEL ROJAS, *individually and on behalf of others similarly situated*,

                             *Plaintiffs*,           CIVIL SCHEDULING ORDER

      -against-

U.K. CLEANERS, INC. (d/b/a TURTLE BAY           17-CV-9460 (JGK)
CLEANERS), SOOK HYUN KIM, and IN JA GWON,

                             *Defendants.*
---------------------------------------------------------X

**JOHN G. KOELTL, District Judge:**

     Pursuant to Fed. R. Civ. P. 16(b), after holding a conference in this matter on 3/13/2018 the Court hereby orders that:

     **Pleadings and Parties:** Except for good cause shown:
1. No additional parties may be joined or cause of action asserted after 4/27/2018.
2. No additional defenses may be asserted after 4/27/2018.

     **Discovery:** Except for good cause shown, all discovery shall be commenced in time to be completed by 7/11/2018. The Court expects discovery to be completed within 60 days of the first scheduling conference unless, after the expiration of that 60 day period, all counsel stipulate that additional time (not to exceed 60 more days) is needed to complete discovery. The expert disclosures required by Fed. R. Civ. P. 26(a)(2) shall be made at least 30 days before the completion of discovery.

     **Dispositive Motions:** Dispositive motions, if any, are to be completed by 8/11/2018. The parties are advised to comply with the Court's Individual Practice 2(B) regarding motions, and to submit one fully briefed set of courtesy copies to the Court.

     **Pretrial Order/Motions in Limine:** A joint pretrial order, together with any motions in limine or motions to bifurcate, shall be submitted by 8/25/2018. In jury cases, parties shall submit requests to charge and voir dire requests. In non-jury cases, parties shall also submit proposed findings of fact and conclusions of law. The pretrial order shall confirm to the Court's Form Joint Pretrial Order, a copy of which may be obtained from the Deputy Clerk.

     **Trial:** The parties shall be ready for trial on 48 hours notice on or after 9/8/2018. The estimated trial time is 2-3 days, and this a jury X_ non-jury__ trial.

**Other:**

_____   The case is referred to the Magistrate Judge for purposes of settlement (see attached Reference Order).

_____   The parties will notify the Court by _____ whether a reference to the Magistrate Judge would be useful for purposes of settlement and whether they consent to trial before the Magistrate Judge. The parties may communicate with the Court with respect to these matters by joint letter. If the parties consent to trial before the Magistrate Judge, they are directed to do so by stipulation.

**SO ORDERED.**
**Dated: New York, New York**

_____   _____

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**